**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7309**

---

DAVE THOMAS,

       Plaintiff - Appellant,

    v.

WARDEN T. JARRELL, Warden / Building Security; CAPTAIN B. CLAUDE; A. ANDERSON, Head Food Supervisor S-1; C. CREQUE, Food Supervisor; D. PETERSON, APS Complaint Coordinator S-1 Support Building; D. DALE, Unit Manager S-1; C. WRIGHT, Captain for Security S-3 Support Building; C. PUTNEY, Warden for Building Units,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:21-cv-00243-AWA-RJK)

---

Submitted: June 20, 2023                              Decided: July 21, 2023

---

Before THACKER and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dave Thomas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Thomas appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim and declining to exercise jurisdiction over his state-law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thomas v. Jarrell*, No. 2:21-cv-00243-AWA-RJK (E.D. Va. Oct. 4, 2022). We deny Thomas' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*